## CUDDY v. STATE.
No. 26113.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty, appellant was convicted of misdemeanor theft and assessed punishment at one year in jail and a fine of $250.

No statement of facts or bills of exception appear in the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.